FRANK B. SHAFFER, Respondent, *v.* MOHAWK VALLEY BREWING CORPORATION, Appellant, Impleaded with Others.

*Shaffer* v. *Murray*, 166 App. Div. 944, affirmed.
(Argued October 19, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered January 15, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a written contract for services as assistant manager of a brewery, terminable only upon sixty days' notice. The contract was executed by the three individual defendants and plaintiff entered upon the discharge of his duties. Thereafter the defendant corporation was incorporated and took over the business of the brewery. Nothing was said to plaintiff as to any new arrangement, and he continued in his employment until his discharge. The question was as to the liability of the defendant brewery corporation, depending on whether or not the plaintiff at the time of his discharge was employed pursuant to an adoption of the contract, alleged in the complaint, and entitled to sixty days' notice of discharge and his salary for that period of time. The contention of appellant was that he was properly discharged without notice and without additional pay.

*Stuard G. Knigg* and *Charles G. Fryer* for appellant.

*Walter F. Wellman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cuddeback, Cardozo, Pound, Crane and Andrews, JJ. Not voting: Collin, J.